| Cleared/open items symbol | Company Code | Business Area | Account | Assignment | Document Number |
|---|---|---|---|---|---|
| 🔴 | 1000 | US00 | US02726065 | 595908337 | 5256453462 |
| 🔴 | 1000 | US00 | US02726065 | 595908337 | 5256525309 |
| 🔴 | 1000 | US00 | US02726065 | 595908337 | 5257700777 |
| 🔴 | 1000 | US00 | US02726065 | 597718043 | 5257755834 |
| 🔴 | 1000 | US00 | US02726065 | 595907805 | 5257755836 |
| 🔴 | 1000 | US00 | US02726065 | 595908300 | 5257755921 |
| 🔴 | 1000 | US00 | US02726065 | 595908300 | 5257833858 |
| 🔴 | 1000 | US00 | US02726065 | 595908300 | 5257889348 |
| 🔴 | 1000 | US00 | US02726065 | 595907805 | 5257892613 |
| 🔴 | 1000 | US00 | US02726065 | 597718043 | 5257899360 |
|  |  |  |  |  |  |

| Invoice reference | Amount in local currency | Local Currency | Amount in doc. curr. | Document currency | Arrears after net due date | Document type |
|---|---:|---|---:|---|---:|---|
| 5256453462 | 5,228.00 | USD | 5,228.00 | USD | 386 | RV |
| 5256525309 | 2,150.00 | USD | 2,150.00 | USD | 356 | Z8 |
| 5257700777 | 197,644.55 | USD | 197,644.55 | USD | 60 | ZQ |
| 5257755834 | 457,811.40 | USD | 457,811.40 | USD | 48 | ZQ |
| 5257755836 | 459,938.28 | USD | 459,938.28 | USD | 48 | ZQ |
| 5257755921 | 311,618.06 | USD | 311,618.06 | USD | 48 | ZQ |
| 5257833858 | 51,602.86 | USD | 51,602.86 | USD | 31 | ZQ |
| 5257889348 | 6,874.00 | USD | 6,874.00 | USD | 20 | RV |
| 5257892613 | 9,820.00 | USD | 9,820.00 | USD | 19 | RV |
| 5257899360 | 9,820.00 | USD | 9,820.00 | USD | 18 | RV |
|  | 1,512,507.15 | USD | 1,512,507.15 | USD |  |  |

| Document Date | Case ID | Status | Disputed item |
|---|---|---|---|
| 5/11/2020 | 12093186 | Collectable - Missing / Incomplete Info | |
| 6/10/2020 | 12093187 | Collectable - Rejected post validation | |
| 4/2/2021 | 12093235 | Collectable - Not a dispute | |
| 4/14/2021 | 12093258 | Collectable - Not a dispute | |
| 4/14/2021 | 12093259 | Collectable - Not a dispute | |
| 4/14/2021 | 12093261 | Collectable - Not a dispute | |
| 5/1/2021 | | | |
| 5/12/2021 | | | |
| 5/13/2021 | | | |
| 5/14/2021 | | | |
| | | | |

| Posting Date | Net due date | Clearing Document | Clearing date | Reference | Text |
|---|---|---|---|---|---|
| 5/11/2020 | 5/11/2020 | | | 595908337 | |
| 6/10/2020 | 6/10/2020 | | | 595908337 | |
| 4/2/2021 | 4/2/2021 | | | 595908337 | |
| 4/14/2021 | 4/14/2021 | | | 597718043 | |
| 4/14/2021 | 4/14/2021 | | | 595907805 | |
| 4/14/2021 | 4/14/2021 | | | 595908300 | |
| 5/1/2021 | 5/1/2021 | | | 595908300 | |
| 5/12/2021 | 5/12/2021 | | | 595908300 | |
| 5/13/2021 | 5/13/2021 | | | 595907805 | |
| 5/14/2021 | 5/14/2021 | | | 597718043 | |
| | | | | | |

| Payment reference | Reference Key 1 | Reference Key 2 | Reversal Reason | Reason code | Terms of Payment |
|---|---|---|---|---|---|
| 5256453462 | | EXPORT | | | CCRA |
| | | DEM-INV | | | C00A |
| | | DET-INV | | | C00A |
| | | DET-INV | | | C00A |
| | | DET-INV | | | C00A |
| | | DET-INV | | | C00A |
| | | DET-INV | | | CCRA |
| 5257889348 | | EXPORT | | | CCRA |
| 5257892613 | | EXPORT | | | CCRA |
| 5257899360 | | EXPORT | | | CCRA |
| | | | | | |