PRICE MEESE SHULMAN & D'ARMINIO, P.C.
50 Tice Boulevard, Suite 380
Woodcliff Lake, NJ 07677
Tel. (201) 391-3737
Fax (201) 391-9360
Rick A. Steinberg, Esq.
rsteinberg@pricemeese.com

Attorneys for Plaintiff,
Maersk Agency U.S.A., Inc.,
As agent for Maersk Line A/S dba Maersk Line

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MAERSK AGENCY U.S.A., INC., AS AGENT FOR MAERSK LINE A/S dba MAERSK LINE,<br><br>Plaintiff,<br><br>vs.<br><br>RESOURCE REUTILIZATION LLC fka KEJRIWAL NEWSPRINT MILLS LLC,<br><br>Defendant. | : Civil Action No. 1:21-cv-05627-LGS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT**

This matter being opened to the court by Plaintiff, Maersk Agency U.S.A., Inc., as agent for Maersk Line A/S dba Maersk Line ("Plaintiff" or "Maersk"), through its counsel, Price Meese Shulman & D'Arminio, P.C., for an Order to Show Cause for Default Judgment against Defendant, Resource Reutilization LLC fka Kejriwal Newsprint Mills LLC ("Defendant"), it is hereby:

ORDERED: that the Defendant appear and show cause before the court on _____, 2021 at _____ a.m./p.m. why default judgment should not be entered against Defendant.

1

Dated: New York, New York
_____, 2021

                                          _____
                                          Hon. Lorna G. Schofield, U.S.D.J.

                                          This document was entered on the docket on _____.