# MAERSK

**NON-NEGOTIABLE WAYBILL**

SCAC: MAEU
B/L No. 595907805

**Shipper**
RESOURCE REUTILIZATION LLC
10 WEST 46TH STREET, 19TH FLOOR,
NEW YORK NY 10036
KPUSA@KEJRIWLGOGREEN.COM

**Booking No.**
595907805

**Export references**

**Svc Contract**
297089090

**Consignee**
To Order of
STATE BANK OF INDIA, KHASRA NO.90/4,
ALMASPUR, JANSATH ROAD, MUZAFFARNAGAR,
UP  251001 Account no. 37466460578
IFSC Code:   SBIN0061196
SWIFT Code: SBININBB793

This contract is subject to the terms, conditions and exceptions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Bill of Lading (available from the Carrier, its agents and at terms.maersk.com/carriage), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party (see clause 22)**
MARUTI PAPERS LIMITED
VILLAGE SIKKA (SHAMLI) - 247776
DIST SHAMLI (U.P.) INDIA IEC# 0592049809
GST NO.: 09AACCM0303M1ZN PAN NO:     AACCM0303M
EMAIL: IMPORT-EXPORT@MARUTIPAPERS.COM

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

**Vessel**
GERD MAERSK

**Voyage No.**
010E

Place of Receipt. Applicable only when document used as Multimodal Waybill

**Port of Loading**
New York

**Port of Discharge**
MUNDRA, INDIA

Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)
ICD Sonipat

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| SHIPPED ON BOARD GERD MAERSK \ 010E ON 2020-04-14 AT New York<br><br>10 containers said to contain 267 BALES<br><br>WASTE PAPER  ONP 7/8<br>HS CODE : 4707 90 000<br><br>AS PER INDENT WP 20060001 DATED 05-JUN-2020<br><br>FREIGHT PREPAID & PAID BY SHIPPERON ON BOARD VESSEL<br><br>AES/ITN:X20200403484330<br><br>Applicable free time 14 days detention at (port of discharge / place of delivery)<br><br>MRKU3092030  40 DRY 9'6  30 BALES  23702.000 KGS  50.0000 CBM<br>Shipper Seal : 30119544<br>TEMU8877563  40 DRY 9'6  25 BALES  24156.000 KGS  50.0000 CBM<br>Shipper Seal : 14706437 | 233041.000 KGS | 500.0000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 925.00 | Per Container | USD | 9250.00 | |
| Documentation fee - Destination | 4700.00 | Per Documentation Fee | INR | | 4700.00 |
| Terminal Handling Service - Destination | 12520.00 | Per Container | INR | | 125200.00 |
| Environmental Fuel Fee | 47.00 | Per Container | USD | 470.00 | |
| Inland Haulage Import | 73000.00 | Per Container | INR | | 730000.00 |
| Import Service | 2750.00 | Per Container | INR | | 27500.00 |
| Low Sulphur Surcharge | 10.00 | Per Container | USD | 100.00 | |

**Carrier's Receipt. Total number of containers or packages received by Carrier.**
10 containers

**Place of Issue of Waybill**
Toronto

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt"

**Shipped on Board Date ( Local Time )**
2020-04-14

**Date Issue of Waybill**
2020-06-29

Declared Value Charges (see clause 7.3 of the Maersk Bill of Lading) for Declared Value of US$

Forwarder

Signed for the Carrier Maersk A/S

Maersk Branch Canada
As Agent(s)

This transport document has one or more numbered pages

MRSU3488657  40 DRY 9'6  26 BALES  24292.000 KGS  50.0000 CBM
Shipper Seal : 14706472
MSKU1223391  40 DRY 9'6  25 BALES  22505.000 KGS  50.0000 CBM
Shipper Seal : 14706479
INKU2878424  40 DRY 9'6  30 BALES  24365.000 KGS  50.0000 CBM
Shipper Seal : 30119541
HASU4821783  40 DRY 9'6  26 BALES  18521.000 KGS  50.0000 CBM
Shipper Seal : 716885
HASU4631232  40 DRY 9'6  28 BALES  23748.000 KGS  50.0000 CBM
Shipper Seal : 30119549
TCNU2964260  40 DRY 9'6  24 BALES  23240.000 KGS  50.0000 CBM
Shipper Seal : 14706473
MRSU3173921  40 DRY 9'6  25 BALES  23267.000 KGS  50.0000 CBM
Shipper Seal : 14706436
MRSU3894471  40 DRY 9'6  28 BALES  25245.000 KGS  50.0000 CBM
Shipper Seal : 30119543
For India GST purposes, since destination country as per this document is India and for
import into IndiatheMaersk Line India Pvt Ltd office located either in the same State or the
nearest State with respect to the above referenced cargo drop-off location shall be the
billing office to the Indian customer.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| INR |  |  | INR |  | 887400.00 |
| USD |  |  | USD | 9820.00 |  |

ARCHIVE COPY

# MAERSK

**NON-NEGOTIABLE WAYBILL**

SCAC: MAEU
B/L No. 595908300

**Shipper**
RESOURCE REUTILIZATION LLC
10 WEST 46TH STREET, 19TH FLOOR,
NEW YORK NY 10036
KPUSA@KEJRIWLGOGREEN.COM

**Booking No.**
595908300

**Export references**

**Svc Contract**
297089090

**Consignee**
To Order of STATE BANK OF INDIA,
KHASRA NO.90/4, ALMASPUR, JANSATH ROAD,
MUZAFFARNAGAR, UP  251001 Account no. 37466460578
IFSC Code:    SBIN0061196
SWIFT Code: SBININBB793

This contract is subject to the terms, conditions and exceptions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Bill of Lading (available from the Carrier, its agents and at terms.maersk.com/carriage), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party (see clause 22)**
MARUTI PAPERS LIMITED
VILLAGE SIKKA (SHAMLI) - 247776  DIST SHAMLI (U.P.)
INDIA IEC# 0592049809
GST NO.: 09AACCM0303M1ZN PAN NO:      AACCM0303M
EMAIL: IMPORT-EXPORT@MARUTIPAPERS.COM

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

**Vessel**
GUNDE MAERSK

**Voyage No.**
011E

Place of Receipt. Applicable only when document used as Multimodal Waybill

**Port of Loading**
Newark

**Port of Discharge**
Mundra

Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)
Sonepat

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| SHIPPED ON BOARD GUNDE MAERSK \ 011E ON 2020-04-20 AT Newark<br><br>7 containers said to contain 181 BALES<br><br>HS CODE : 4707 90 000<br>WASTE PAPER  ONP 7/8<br>AS PER INDENT WP 20060001 DATED 05-JUN-2020<br><br>FREIGHT PREPAID & PAID BY SHIPPERON ON BOARD VESSEL<br>Applicable free time 14 days detention at (port of discharge / place of delivery)<br>AES/ITN : X20200413832472<br><br><br>MSKU0932427  40 DRY 9'6   26 BALES  19991.000 KGS  50.0000 CBM<br>Shipper Seal : 716872<br>MRKU4429893  40 DRY 9'6   26 BALES  25009.000 KGS  50.0000 CBM<br>Shipper Seal : 30119542<br>MSKU1936129  40 DRY 9'6   27 BALES  25218.000 KGS  50.0000 CBM<br>Shipper Seal : 14706441 | 158466.000 KGS | 350.0000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 925.00 | Per Container | USD | 6475.00 | |
| Documentation fee - Destination | 4700.00 | Per Documentation Fee | INR | | 4700.00 |
| Terminal Handling Service - Destination | 12520.00 | Per Container | INR | | 87640.00 |
| Environmental Fuel Fee | 47.00 | Per Container | USD | 329.00 | |
| Inland Haulage Import | 65500.00 | Per Container | INR | | 65500.00 |
| Inland Haulage Import | 73000.00 | Per Container | INR | | 438000.00 |
| Import Service | 2750.00 | Per Container | INR | | 19250.00 |
| Low Sulphur Surcharge | 10.00 | Per Container | USD | 70.00 | |

**Carrier's Receipt. Total number of containers or packages received by Carrier.**
7 containers

**Place of Issue of Waybill**
Toronto

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt"

**Shipped on Board Date ( Local Time )**
2020-04-20

**Date Issue of Waybill**
2020-07-02

**Declared Value Charges** (see clause 7.3 of the Maersk Bill of Lading) for Declared Value of US$

Forwarder

Signed for the Carrier Maersk A/S

Maersk Branch Canada
As Agent(s)

This transport document has one or more numbered pages

PONU8153948  40 DRY 9'6  30 BALES  24183.000 KGS  50.0000 CBM
Shipper Seal : 1971855
MRKU5590726  40 DRY 9'6  20 BALES  23430.000 KGS  50.0000 CBM
Shipper Seal : 14706442
MRKU4237669  40 DRY 9'6  26 BALES  20091.000 KGS  50.0000 CBM
Shipper Seal : 716873
MRKU3769203  40 DRY 9'6  26 BALES  20544.000 KGS  50.0000 CBM
Shipper Seal : 716869
For India GST purposes, since destination country as per this document is India and for import into IndiatheMaersk Line India Pvt Ltd office located either in the same State or the nearest State with respect to the above referenced cargo drop-off location shall be the billing office to the Indian customer.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| INR |  |  | INR |  | 615090.00 |
| USD |  |  | USD | 6874.00 |  |

ARCHIVE COPY

# MAERSK

**NON-NEGOTIABLE WAYBILL**

| | |
|---|---|
| SCAC | MAEU |
| B/L No. | 595908337 |

**Shipper**
RESOURCE REUTILIZATION LLC
10 WEST 46TH STREET, 19TH FLOOR,
NEW YORK NY 10036
KPUSA@KEJRIWLGOGREEN.COM

**Booking No.**
595908337

**Export references**

**Svc Contract**
297089090

**Consignee**
To Order of STATE BANK OF INDIA,
 KHASRA NO.90/4, ALMASPUR, JANSATH ROAD,
MUZAFFARNAGAR, UP  251001
Account no. 37466460578 IFSC Code: SBIN0061196
SWIFT Code: SBININBB793

This contract is subject to the terms, conditions and exceptions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Bill of Lading (available from the Carrier, its agents and at terms.maersk.com/carriage), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party (see clause 22)**
MARUTI PAPERS LIMITED
VILLAGE SIKKA (SHAMLI) - 247776
DIST SHAMLI (U.P.) INDIA IEC# 0592049809
GST NO.: 09AACCM0303M1ZN PAN NO:     AACCM0303M
EMAIL: IMPORT-EXPORT@MARUTIPAPERS.COM

**Onward inland routing** (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage No. |
|---|---|
| GUSTAV MAERSK | 019W |

**Place of Receipt.** Applicable only when document used as Multimodal Waybill

| Port of Loading | Port of Discharge |
|---|---|
| Newark | MUNDRA, INDIA |

**Place of Delivery.** Applicable only when document used as Multimodal Transport B/L. (see clause 1)
Sonepat

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 4 containers said to contain 95 BALES<br><br>TCNU6975452  40 DRY 9'6   27 BALES<br>  25463.00 KGS  50.000 CBM<br>Shipper Seal : 14705262<br>MSKU8801784  40 DRY 9'6   25 BALES<br>  24356.00 KGS  50.000 CBM<br>Shipper Seal : 14705215<br>MRKU3019657  40 DRY 9'6   25 BALES<br>  23966.00 KGS  50.000 CBM<br>Shipper Seal : 14705281<br>MRKU2926648  40 DRY 9'6   18 BALES<br>  24437.00 KGS  50.000 CBM<br>Shipper Seal : 1971815<br>For India GST purposes, since destination country as per this document is India and for import into IndiatheMaersk Line India Pvt Ltd office located either in the same State or the nearest State with respect to the above referenced cargo drop-off location shall be the | 98222.00 KGS | 200.000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

**Carrier's Receipt.** Total number of containers or packages received by Carrier.
4 containers

**Place of Issue of Waybill**
Mumbai

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt"

**Shipped on Board Date ( Local Time )**
2020-05-10

**Date Issue of Waybill**

Declared Value Charges (see clause 7.3 of the Maersk Bill of Lading) for Declared Value of US$

Signed for the Carrier Maersk A/S

*[signature]*

Maersk Line India Pvt Ltd
As Agent(s)

This transport document has one or more numbered pages

CERTIFIED TRUE COPY
ARCHIVE COPY

billing office to the Indian customer.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY
Consignee Ref: IFSC COODE: SBIN0061196

First Notify Ref: DIST SHAMLI (U.P.) INDIA

Outward Forwarders reference 6710700050003

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

ARCHIVE COPY

# MAERSK

**NON-NEGOTIABLE WAYBILL**

| | |
|---|---|
| SCAC | MAEU |
| B/L No. | 595908337 |

**Shipper**
RESOURCE REUTILIZATION LLC
10 WEST 46TH STREET, 19TH FLOOR,
NEW YORK NY 10036
KPUSA@KEJRIWLGOGREEN.COM

**Booking No.**
595908337

**Export references**

**Svc Contract**
297089090

**Consignee**
To Order of STATE BANK OF INDIA,
KHASRA NO.90/4, ALMASPUR, JANSATH ROAD,
MUZAFFARNAGAR, UP  251001
Account no. 37466460578 IFSC Code: SBIN0061196
SWIFT Code: SBININBB793

This contract is subject to the terms, conditions and exceptions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Bill of Lading (available from the Carrier, its agents and at terms.maersk.com/carriage), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party (see clause 22)**
MARUTI PAPERS LIMITED
VILLAGE SIKKA (SHAMLI) - 247776
DIST SHAMLI (U.P.) INDIA IEC# 0592049809
GST NO.: 09AACCM0303M1ZN PAN NO:     AACCM0303M
EMAIL: IMPORT-EXPORT@MARUTIPAPERS.COM

**Onward inland routing** (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage No. |
|---|---|
| GUSTAV MAERSK | 019W |

**Place of Receipt.** Applicable only when document used as Multimodal Waybill

| Port of Loading | Port of Discharge |
|---|---|
| Newark | MUNDRA, INDIA |

**Place of Delivery.** Applicable only when document used as Multimodal Transport B/L. (see clause 1)
Sonepat

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 4 containers said to contain 95 BALES | 98222.00 KGS | 200.000 CBM |

TCNU6975452  40 DRY 9'6  27 BALES
  25463.00 KGS  50.000 CBM
Shipper Seal : 14705262
MSKU8801784  40 DRY 9'6  25 BALES
  24356.00 KGS  50.000 CBM
Shipper Seal : 14705215
MRKU3019657  40 DRY 9'6  25 BALES
  23966.00 KGS  50.000 CBM
Shipper Seal : 14705281
MRKU2926648  40 DRY 9'6  18 BALES
  24437.00 KGS  50.000 CBM
Shipper Seal : 1971815
For India GST purposes, since destination country as per this document is India and for import into IndiatheMaersk Line India Pvt Ltd office located either in the same State or the nearest State with respect to the above referenced cargo drop-off location shall be the

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

**Carrier's Receipt.** Total number of containers or packages received by Carrier.
4 containers

**Place of Issue of Waybill**
Mumbai

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt"

**Shipped on Board Date ( Local Time )**
2020-05-10

**Date Issue of Waybill**

**Declared Value Charges** (see clause 7.3 of the Maersk Bill of Lading) for Declared Value of US$

Signed for the Carrier Maersk A/S

*[signature]*

Maersk Line India Pvt Ltd
As Agent(s)

This transport document has one or more numbered pages

*[Watermark: CERTIFIED TRUE COPY / ARCHIVE COPY]*

billing office to the Indian customer.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY
Consignee Ref: IFSC COODE: SBIN0061196

First Notify Ref: DIST SHAMLI (U.P.) INDIA

Outward Forwarders reference 6710700050003

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

ARCHIVE COPY

# MAERSK

**NON-NEGOTIABLE WAYBILL**

SCAC: MAEU
B/L No. 597718043

**Shipper**
RESOURCE REUTILIZATION LLC
10 WEST 46TH STREET, 19TH FLOOR,
NEW YORK NY 10036
KPUSA@KEJRIWLGOGREEN.COM

**Booking No.**
595908326

**Export references**

**Svc Contract**
297089090

**Consignee**
To Order of STATE BANK OF INDIA,
KHASRA NO.90/4, ALMASPUR, JANSATH ROAD,
MUZAFFARNAGAR, UP 251001
Account no. 37466460578 IFSC Code: SBIN0061196
SWIFT Code: SBININBB793

This contract is subject to the terms, conditions and exceptions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Bill of Lading (available from the Carrier, its agents and at terms.maersk.com/carriage), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party (see clause 22)**
MARUTI PAPERS LIMITED
VILLAGE SIKKA (SHAMLI) - 247776
DIST SHAMLI (U.P.) INDIA IEC# 0592049809
GST NO.: 09AACCM0303M1ZN PAN NO:     AACCM0303M
EMAIL: IMPORT-EXPORT@MARUTIPAPERS.COM

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

**Vessel**
GUNHILDE MAERSK

**Voyage No.**
012E

Place of Receipt. Applicable only when document used as Multimodal Waybill

**Port of Loading**
Newark

**Port of Discharge**
Mundra

Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)
Sonepat

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| SHIPPED ON BOARD GUNHILDE MAERSK \ 012E ON 2020-04-25 AT Newark<br><br>10 containers said to contain 270 BALES<br><br>WASTE PAPER  ONP 7/8<br>AS PER INDENT WP 20060001 DATED 05-JUN-2020<br><br>FREIGHT PREPAID & PAID BY SHIPPERON ON BOARD VESSEL<br>14 DAYS FREE CONTAINER RENTAL AT FINAL DESTINATION<br>AES/ITN: X20200417050850<br><br>HS CODE : 4707 90 000<br><br>Applicable free time 14 days detention at (port of discharge / place of delivery)<br><br>CAIU8029825  40 DRY 9'6  31 BALES  24111.000 KGS  50.0000 CBM<br>Shipper Seal : 30119650<br>TCNU6152243  40 DRY 9'6  28 BALES  24229.000 KGS<br>Shipper Seal : 30119643 | 242559.000 KGS | 250.0000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 925.00 | Per Container | USD | 9250.00 | |
| Documentation fee - Destination | 4700.00 | Per Documentation Fee | INR | | 4700.00 |
| Terminal Handling Service - Destination | 12520.00 | Per Container | INR | | 125200.00 |
| Environmental Fuel Fee | 47.00 | Per Container | USD | 470.00 | |
| Inland Haulage Import | 73000.00 | Per Container | INR | | 730000.00 |
| Import Service | 2750.00 | Per Container | INR | | 27500.00 |
| Low Sulphur Surcharge | 10.00 | Per Container | USD | 100.00 | |

**Carrier's Receipt. Total number of containers or packages received by Carrier.**
10 containers

**Place of Issue of Waybill**
Toronto

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt"

**Shipped on Board Date ( Local Time )**
2020-04-25

**Date Issue of Waybill**
2020-06-29

Declared Value Charges (see clause 7.3 of the Maersk Bill of Lading) for Declared Value of US$

Forwarder

Signed for the Carrier Maersk A/S

Maersk Branch Canada
As Agent(s)

This transport document has one or more numbered pages

UETU5488986  40 DRY 9'6  20 BALES  23938.000 KGS
Shipper Seal : 2238519
MSKU9845832  40 DRY 9'6  31 BALES  24419.000 KGS  50.0000 CBM
Shipper Seal : 30119649
MRKU6233960  40 DRY 9'6  19 BALES  24601.000 KGS
Shipper Seal : 2238512
MRKU3985603  40 DRY 9'6  29 BALES  24256.000 KGS
Shipper Seal : 30119647
TEMU6203504  40 DRY 9'6  30 BALES  23575.000 KGS  50.0000 CBM
Shipper Seal : 30119642
MSKU9818776  40 DRY 9'6  20 BALES  22940.000 KGS
Shipper Seal : 2238479
TEMU6981692  40 DRY 9'6  29 BALES  25953.000 KGS  50.0000 CBM
Shipper Seal : 30119648
CAIU9639910  40 DRY 9'6  33 BALES  24537.000 KGS  50.0000 CBM
Shipper Seal : 30119854
For India GST purposes, since destination country as per this document is India and for import into IndiatheMaersk Line India Pvt Ltd office located either in the same State or the nearest State with respect to the above referenced cargo drop-off location shall be the billing office to the Indian customer.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| INR | | | INR | | 887400.00 |
| USD | | | USD | 9820.00 | |

ARCHIVE COPY