UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
MAERSK AGENCY U.S.A., INC.,                                        :
AS AGENT FOR MAERSK LINE A/S                                       :
dba MAERSK LINE,                                                   :              21 Civ. 5627 (LGS)
                                Plaintiff,             :
                                                                   :              **JUDGMENT**
              -against-                                           :
                                                                   :
RESOURCE REUTILIZATION LLC,                                        :
fka KEJRIWAL NEWSPRINT MILLS LLC,                                  :
                               Defendant.             :
------------------------------------------------------------------ X

      WHEREAS, on June 29, 2021, Plaintiff commenced this action. Dkt. No. 1.

      WHEREAS, on July 30, 2021, Defendant was served with Summons and Complaint. Dkt. No. 8.

      WHEREAS, Defendant was required to answer or otherwise respond to the Complaint by August 20, 2021.  Dkt. No. 8.

      WHEREAS, Defendant failed to answer or otherwise respond.

      WHEREAS, on August 27, 2021, the Clerk of Court issued a Certificate of Default against Defendant. Dkt. No. 15.

      WHEREAS, on August 27, 2021, Plaintiff filed a Proposed Order to Show Cause Without Emergency Relief and Proposed Default Judgment requesting judgment against Defendant in the liquidated amount of $1,512,507.15 plus costs and disbursements of this action in the amount of $550.00 amounting in all to $1,513,057,15.  Dkt. No. 20, 23.

      WHEREAS, on September 7, 2021, the Court issued an order ("Order to Show Cause") directing Defendant to show cause before the Court on September 30, 2021, at 10:30 a.m., why an order should not be made entering a default judgment against Defendant for failing to serve and file an answer or otherwise respond to the Complaint.  Dkt. No. 24.  The Court further ordered

Plaintiff to serve a copy of the Order to Show Cause by September 9, 2021, and file proof of such service by September 16, 2021.  Dkt. No. 24.

WHEREAS, on September 8, 2021, Plaintiff filed a Certification of Service of Order to Show Cause.  Dkt. No. 25.

WHEREAS, on September 30, 2021, Defendant failed to appear for the show cause hearing before the Court.  It is hereby

**ORDERED** that Plaintiff have judgment against Defendant in the liquidated amount of $1,512,507.15 plus costs and disbursements of this action in the amount of $550.00 amounting in all to $1,513,057,15.

Dated: September 30, 2021
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**